# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **IN RE:** | **CASE NO.**: 6:13-bk-11531-KSJ |
| **FELICITO MANUEL MONTERO** *and* **LYDIA ESTHER RIVERA** | **CHAPTER**: 13 |
| Debtor(s). _____/ | |

## OBJECTION TO MOTION TO MODIFY PLAN

**Wells Fargo Bank, N.A.**, ("Creditor"), by and through the undersigned counsel, objects to the Motion to Modify Confirmed Plan ("Plan") [DE # 71] and states:

1) Creditor holds a lien on the following property: 419 Casting Court Orlando, Florida 32825 (Loan No. 8932)

2) Creditor filed an Amended Proof of Claim #4-4 ("Claim"). The Claim reflects a total secured amount of $159,383.35, a total secured arrearage in the amount of $43,010.22, and an ongoing post-petition payment of $1,044.96.

3) On September 26, 2013, the Debtors filed a Motion for Referral to Mortgage Modification Mediation with Wells Fargo Bank, N.A. [DE#14].

4) The Order Granting Motion for Referral to Mortgage Modification Mediation [DE#16] was entered on September 27, 2013.

5) The Order Confirming Plan was entered on April 17, 2014. [DE #39]

6) On October 23, 2014, the Final Report of Loss Mitigation Mediator [DE#44] was entered, indicating that *no agreement* was reached between the parties.

7) On March, 3, 2016, Creditor filed a Motion to Compel Modified Plan compelling the Debtor to Modify the Plan to conform to Creditors Proof of Claim of Surrender the subject property. [DE #51]

8) On June 13, 2016, an Order Granting Motion to Compel Modified Plan was entered. [DE #58]

ALAW FILE NO. 13-119745

9) On June 23, 2016, the Debtors filed a Motion to Modify Plan. [DE #60] An Order Granting Motion to Modify was entered on July 20, 2016. [DE #62]

10) On August 2, 2018, the Debtors filed another Motion to Modify Plan. [DE #71]

11) The Modified Plan does not conform to Creditor's Amended Proof of Claim.

12) On July 25, 2005, Felicito Montero and Lydia Montero, executed and delivered a promissory note and mortgage securing payment of the note to World Savings Bank, FSB. On or about the same day, Felicito Montero and Lydia Montero executed and delivered a mortgage securing payment of the note.

13) Pursuant to the terms of the Note and Mortgage, the Debtor is required to pay principal and interest every two weeks. The monthly Regular Payment (Maintain) amount indicated in the Debtor's Motion to Modify Plan reflects a single bi-weekly payment amount. This Regular Payment amount does not sufficiently provide for the terms of the Note and Mortgage agreed to and signed by the Debtors.

14) Creditor asserts the arrears will be paid in full, however, the loan is contractually due for October 28, 2013 due to receiving one bi-weekly payment per month. The Debtors currently owe $82,396.58 in bi-weekly payments.

15) Based upon the foregoing; Creditor objects to the proposed Plan treatment.

16) Creditor reserves the right to amend this Objection.

WHEREFORE, **Wells Fargo Bank, N.A.** respectfully requests that this Honorable Court sustain the objection and grant any other relief this Court deems appropriate.

/s/ *Scott C. Lewis, Esq.*

Scott C. Lewis, Esq.
FBN 112064
813-221-4743 ext. 2603

**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Facsimile: (813) 221-9171
bkfl@albertellilaw.com
Alternate: slewis@albertellilaw.com

ALAW FILE NO. 13-119745

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 8th day of January, 2019, I served a copy of the foregoing on the parties listed below.

**SERVICE LIST**

Felicito Manuel Montero
419 Casting Circle
Orlando, FL 32825

Lydia Esther Rivera
419 Casting Circle
Orlando, FL 32825

Stephen R. Caplan
Caplan & Associates PA
31 N Hyer Avenue
Orlando, FL 32801

Laurie K. Weatherford
Post Office Box 3450
Winter Park, FL 32790

United States Trustee - ORL7/13, 7
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

                                       /s/*Scott C. Lewis, Esq.*
                                       Scott C. Lewis, Esq.
                                       FBN 112064
                                       813-221-4743 ext. 2603

                                       **Albertelli Law**
                                       Attorney for Secured Creditor
                                       PO Box 23028
                                       Tampa, FL 33623
                                       Facsimile: (813) 221-9171
                                       bkfl@albertellilaw.com
                                       Alternate: slewis@albertellilaw.com

ALAW FILE NO. 13-119745