UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                          CASE NO.: 6:13-bk-11531-CCJ

FELICITO MANUEL MONTERO and
LYDIA ESTHER RIVERA,

          Debtor(s).
_____/

### RESPONSE TO OBJECTION TO MOTION TO MODIFY (Doc. No. 75)

COME NOW the Debtors, FELICITO MANUEL MONTERO and LYDIA ESTHER RIVERA, by and through the undersigned counsel and file this Response to Objection to Motion to Modify (Doc. No. 75) filed by the Creditor, WELLS FARGO BANK, N.A. and would show as follows:

1.      The Creditor states in its Objection to Motion to Modify that an Amended Proof of Claim 4-4 was filed reflecting an ongoing post-petition payment of $1,044.96.

2.      The Creditor fails to inform this Court that the Amended Claim 4-4 was filed on October 9, 2018, the same month the Debtors were due to complete their Chapter 13 Plan.

3.      The Creditor's initial Proof of Claim filed on December 23, 2016, after the Debtors were denied a mortgage modification, reflected a monthly payment of $482.29.

4.      The Debtors then modified the Chapter 13 Plan to provide for the monthly payment as well as the pre-petition arrearage, based upon this Proof of Claim.

5.      The Debtors made all plan payments and the arrearage was paid in full pursuant to the Claim filed on December 23, 2016, only to have the Creditor file the Amended Claim the very month the Debtors were due to complete the Chapter 13 Plan, creating a post-petition arrearage.

6.      Although the Proof of Claim filed on December 9, 2018; which was the final month of the plan, reflects a total monthly payment of $1,044.96, the principal & interest payment is listed

as $366.60 per month plus a monthly escrow of $115.69.  This would total $482.29 as a monthly

payment.

       7.     The Creditor should be bound by its Proof of Claim filed on December 23, 2016.

There is no justifiable reason, such as excusable neglect, by which to unjustly enrich the Creditor

based upon a Proof of Claim filed in the last month of this 5 year-long case.

       WHEREFORE Debtors, FELICITO MANUEL MONTERO and LYDIA ESTHER

RIVERA, respectfully request that the Court overrule Creditor's Objection to Motion to Modify

Plan and such other relief as the Court may deem just, equitable and proper.

## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by First Class
U.S. Mail or via electronic transmission this 17th day of January 2019 to: United States Trustee,
135 West Central Blvd., Suite 620, Orlando, FL 32801; Laurie K. Weatherford, P.O. Box 3450,
Winter Park, FL 32790; and Albertelli Law, P.O. Box 23028, Tampa, FL 33623.


By:  /s/ STEPHEN R. CAPLAN                            
     Stephen R. Caplan, Esq.
     Florida Bar No. 835153
     31 N. Hyer Ave.
     Orlando, FL 32801
     Tel. (407) 872-6249
     Fax (407) 425-1501
     E-Mail: steve@caplan-associatespa.com
     Attorney for Debtors